IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WEYERHAEUSER COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-07-159-RAW |
| ) | |
| KEVIN DAVIS, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Order entered contemporaneously, Judgment is hereby entered pursuant to Rule 58 in favor of plaintiff and against defendant J.T. Hale in the amount of $140.00. A permanent injunction shall be entered by separate Order.

**ORDERED THIS 1st DAY OF APRIL, 2008.**

**Dated this 1st Day of April 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma