IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| WEYERHAEUSER COMPANY, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. CIV-07-159-RAW |
|  | ) |  |
| KEVIN DAVIS, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## JUDGMENT

On December 10, 2007, the court entered an Order granting default judgment against defendant Marvin Skipper. The litigation against all defendants now having concluded, Judgment is hereby entered pursuant to Rule 58 in favor of plaintiff and against defendant Marvin Skipper in the amount of $4,557.94.

ORDERED THIS 2nd DAY OF APRIL, 2008.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE